# United States District Court
## Violation Notice

CVB Location Code: CS-5

Violation Number: 7403192
Officer Name (Print): LCpl Ellie
Officer No.: 2158

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 02/03/2019 / 1000
Offense Charged: ☒ USC — Title 18 Sec 13

Place of Offense: BLDG 1686 Mitscher Way San Diego CA 92126

Offense Description: Factual Basis for Charge:
CVC 12500(a): Unlicensed driver

### DEFENDANT INFORMATION

Last Name: Manzano
First Name: Guillermo
M.I.: F

Tag No: TEHD203
State: CA
Year: 13
Make/Model: Toyota/Highlander
Color: Blue

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $
+ $30 Processing Fee
PAY THIS AMOUNT → $ Total Collateral Due

### YOUR COURT DATE

X Defendant Signature: [signed] Guillermo F. Manzano

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 03 Feb, 20 19 while exercising my duties as a law enforcement officer in the Southern District of California

I, LCpl Ellie, observed a blue Toyota Highlander attempt to access MCAS Miramar via the North gate while during a 100% ID check. I noticed that the driver had a Florida license and a California ID card. Upon making contact with the driver he told the officer that he has resided in California since 2009 with gainful employment in San Diego.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/03/2019
Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident